JAMES R. HALES, ESQ.
Nevada Bar No. 2716
ROWE & HALES, LLP
P.O. Box 2080
Minden, Nevada 89423
(775) 782-8141
(775) 782-3685

*Nevada Counsel for Plaintiff*

FILED ✓
ENTERED
___ RECEIVED
___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT - 3 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ENRIQUE BEJARANO,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　CASE NO.: 3:08-cv-00256-RAM
　　　　　　　Plaintiff　　　　　　　)
　　　　　　　　　　　　　　　　　　)　MOTION TO
　　vs.　　　　　　　　　　　　　　　)　~~NOTICE  OF~~ WITHDRAWAL OF
　　　　　　　　　　　　　　　　　　)　COUNSEL
NDOC, et al.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　)
　　　　　　　　　　　　　　　　　　)

TO ALL PARTIES AND ATTORNEYS OF RECORD:

COMES NOW James R. Hales, Esq., of Rowe & Hales, LLP, and hereby withdraws as counsel for Plaintiff in the above matter in accordance with Rule 1.16(b)(1) of the Nevada Rules of Professional Conduct. All subsequent correspondence, notices, etc., on behalf of the Plaintiff should be sent to:

　　Blain Johnson, Esq.
　　2036 Lincoln Avenue, Suite 102
　　Ogden, UT 84401

DATED September 26, 2011.

　　　　　　　　　　　　　　　　　　*ROWE & HALES, LLP*
　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES R. HALES, ESQ.
　　　　　　　　　　　　　　　　　　Nevada Bar Number 2716
　　　　　　　　　　　　　　　　　　Nevada Counsel for Plaintiff
　　　　　　　　　　　　　　　　　　P.O. Box 2080
　　　　　　　　　　　　　　　　　　Minden, Nevada 89423
　　　               　　　　　　　(775) 782-8141

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: 10-3-11